AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| TERESA COLE ROGERS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>    Defendant. | )    **JUDGMENT**<br>)    **CASE NO. 7:12-CV-132-D**<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 25]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 20] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 22] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 29, 2013,** WITH A COPY TO:

James B. Gillespie, Jr. (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)

| | |
|---|---|
| <u>May 29, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina